COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-04-089-CV

IN RE TARRANT COUNTY RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

We have considered “Relator’s Voluntary Motion To Dismiss.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss this original proceeding.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL A: GARDNER, J.; CAYCE, C.J.; and LIVINGSTON, J.

DELIVERED April 22, 2004

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.